AMIR NASSIHI, State Bar. No. 235936
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

HARLEY V. RATLIFF (*Pro Hac Vice forthcoming*)
hratliff@shb.com
JON STRONGMAN (*Pro Hac Vice forthcoming*)
jstrongman@shb.com
TORREY M. PETERSON (*Pro Hac Vice forthcoming*)
tpeterson@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547

Attorney for Defendants
SANOFI-AVENTIS U.S. LLC
and SANOFI U.S. SERVICES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA VEGA,<br><br>        Plaintiff,<br><br>v.<br><br>SANOFI US SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 2:21-cv-00730-TLN-DB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by and between Plaintiff Teresa Vega and Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC ("Sanofi") (collectively, the "Parties"), by and through their respective counsel of record, that:

WHEREAS, on April 23, 2021, Ms. Vega filed her Complaint (Rec. Doc. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 4, the current deadline for Sanofi to respond to Ms. Vega's Complaint is July 2, 2021 (Rec. Doc. 7);

WHEREAS, Sanofi requested from Ms. Vega's counsel a 30-day extension of time to further investigate the claims in Ms. Vega's Complaint, and Ms. Vega's counsel agreed;

WHEREAS, the Parties therefore stipulate and agree, subject to Court approval, that Sanofi's deadline to respond to Ms. Vega's Complaint is continued from July 2, 2021 to August 2, 2021;

WHEREAS, the Parties further stipulate and agree, subject to Court approval, that if Sanofi files a pleading challenge, rather than answering the Complaint, the deadline for Ms. Vega to file an opposition to Sanofi's motion is September 1, 2021, and Sanofi's deadline to file its reply in support of its motion is September 15, 2021;

WHEREAS, there have been no previous modifications of any deadlines in this case;

WHEREAS, the proposed briefing scheduling will not alter the date of any event or deadline already fixed by Court order;

THEREFORE, the Parties respectfully request, subject to Court approval, that:

(1) Sanofi's current deadline of July 2, 2021, to respond to Ms. Vega's Complaint be continued to August 2, 2021; and

(2) If Sanofi files a pleading challenge, the deadline for Ms. Vega's opposition is September 1, 2021, and the deadline for Sanofi's reply in support of its motion is September 15, 2021.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: June 28, 2021 | | Respectfully submitted<br>HOTZE RUNKLE LLC |
| | | By: _/s/ Karen Shanks_<br>Karen C. Shanks<br>Patrick Hotze<br>Bernard Fitzpatrick<br>Richard M. Paul |
| | | Attorneys for Plaintiff<br>TERESA VEGA |
| Dated: June 28, 2021 | | SHOOK HARDY & BACON L.L.P.<br><br>By: _/s/ Amir Nassihi_<br>Amir Nassihi<br>Harley Ratliff (*Pro Hac Vice* Forthcoming)<br>Jon Strongman (*Pro Hac Vice* Forthcoming)<br>Torrey Peterson (*Pro Hac Vice* Forthcoming)<br><br>Attorneys for Defendants<br>SANOFI-AVENTIS U.S. LLC<br>and SANOFI U.S. SERVICES INC. |

## **ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: June 28, 2021

_/s/ Amir Nassihi_
Amir Nassihi

**ORDER**

HAVING READ the Parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT:

Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC's ("Sanofi") response to Plaintiff Teresa Vega's Complaint is due on **August 2, 2021**. If Sanofi files a pleading challenge, the deadline for Ms. Vega's opposition is September 1, 2021, and the deadline for Sanofi's reply in support of its motion is September 15, 2021.

IT IS SO ORDERED.

Dated: June 28, 2021

_____
Troy L. Nunley
United States District Judge