B. JAMES FITZPATRICK (SBN: 129056)
Fitzpatrick & Swanston
555 S. Main Street
Salinas, CA 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319
bjfitzpatrick@fandslegal.com

RICHARD M. PAUL, III (*Pro Hac Vice*)
RMP Law Group LLC
601 Walnut Street, Suite 300
Kansas City, MO 64106
Telephone: (816) 984-8103
Facsimile: (816) 984- 8101
Rick@rmplawgroup.com

PATRICK O. HOTZE (*Pro Hac Vice*)
photze@hotzerunkle.com
KAREN CANNON SHANKS (*Pro Hac Vice*)
Karen@hotzerunkle.com
Hotze Runkle LLC
1101 S. Capital of Texas Hwy. Bldg. C, Suite 100
West Lake Hills, TX 78746
Telephone: (512) 476- 7771
Facsimile: (512) 476-7781

Attorneys for Plaintiff,
TERESA VEGA

AMIR NASSIHI, State Bar. No. 235936
anassihi@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

HARLEY V. RATLIFF (*Pro Hac Vice*)
hratliff@shb.com
JON STRONGMAN (*Pro Hac Vice*)
jstrongman@shb.com
TORREY M. PETERSON (*Pro Hac Vice*)
tpeterson@shb.com
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: (816) 474-6550 | Fax: (816) 421-5547

Attorneys for Defendants
SANOFI-AVENTIS U.S. LLC
and SANOFI U.S. SERVICES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERESA VEGA,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI US SERVICES, INC., et al.,<br><br>Defendants. | Case No. 2:21-CV-00730-TLN-DB<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants Sanofi US Services, Inc. and Sanofi-Aventis US LLC hereby consent to Plaintiff Teresa Vega filing a First Amended Complaint in this action. The parties have stipulated that Plaintiff will file her First Amended Complaint on or before August 1, 2021.

Dated: July 30, 2021

Respectfully Submitted,

FITZPATRICK SPINI & SWANSTON
By: */s/ Bernard Fitzpatrick*___
Bernard Fitzpatrick

HOTZE RUNKLE LLC
By: */s/ Karen Shanks*________
Karen C. Shanks
Patrick Hotze

RMP LAW GROUP LLC
By: */s/ Richard M. Paul*______
Richard M. Paul

*Attorneys for Plaintiff*
TERESA VEGA

SHOOK, HARDY & BACON L.L.P.
By: */s/ Amir Nassihi*___
Amir Nassihi
Harley Ratliff
Jon Strongman
Torrey Peterson

*Attorneys for Defendant*
Sanofi U.S. Services Inc., et al.

**ATTESTATION OF SIGNATURE**

Pursuant to Civil L.R. 131(e), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: July 30, 2021

By: */s/ Richard M. Paul*______
Richard M. Paul

**ORDER**

Having read the Parties' stipulation, IT IS HEREBY ORDERED THAT: Plaintiff Teresa Vega shall have leave to file her First Amended Complaint in this action, per the stipulation of the parties and the written consent of Defendants Sanofi US Services, Inc. and Sanofi-Aventis US LLC.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: July 30, 2021

Troy L. Nunley
United States District Judge