1   AMIR NASSIHI, State Bar. No. 235936
    anassihi@shb.com
2   SHOOK, HARDY & BACON L.L.P.
    555 Mission Street, Suite 2300
3   San Francisco, California 94105
    Tel: (415) 544-1900 | Fax: (415) 391-0281
4
    HARLEY V. RATLIFF (admitted *pro hac vice*)
5   hratliff@shb.com
    JON STRONGMAN (*Pro Hac Vice Forthcoming*)
6   jstrongman@shb.com
    TORREY M. PETERSON (admitted *pro hac vice*)
7   tpeterson@shb.com
    SHOOK, HARDY & BACON L.L.P.
8   2555 Grand Boulevard
    Kansas City, Missouri 64108
9   Tel: (816) 474-6550 | Fax: (816) 421-5547

10  Attorneys for Defendants
    SANOFI-AVENTIS U.S. LLC
11  and SANOFI U.S. SERVICES INC.

12                  UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14                    SACRAMENTO DIVISION

15

16  TERESA VEGA,                          Case No. 2:21-cv-00730-TLN-DB

17          Plaintiff,

18      v.                                **ORDER GRANTING DEFENDANTS'
                                          UNOPPOSED MOTION TO STAY
19  SANOFI US SERVICES, INC., et al.,     PROCEEDINGS**

            Defendants.

20

21

22

23

24

25

26

27

28

**ORDER**

Upon consideration of the papers and arguments submitted, as well as all other papers on file in this action, and good cause appearing, the Court hereby orders that Defendants Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC's ("Sanofi") Unopposed Motion to Stay Proceedings is GRANTED.

IT IS SO ORDERED.

Dated: December 8, 2021

Troy L. Nunley
United States District Judge

1

ORDER
CASE NO. 2:21-CV-00730-TLN-DB